UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO RODRIGUEZ,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>OFFICER FISHER, Warden,<br><br>　　　　　　　　　　Respondent. | Case No.: 21cv1443-MMA-LL<br><br>**ORDER GRANTING PETITIONER'S EX PARTE REQUEST FOR HISTORY OF FILINGS AND ORDERS**<br><br>**[ECF No. 30]** |

　　　Currently before the Court is Petitioner's ex parte request for the history of filings and orders in this action. ECF No. 30. In support, Petitioner states that "without copy or support services the Petitioner is unable to know if the Petitioner's 'Opposition to Defendant[']s Motion to Dismiss' has been accepted." Id. The Court finds it appropriate to provide a copy of the docket sheet and **DIRECTS THE CLERK'S OFFICE** to mail Petitioner a copy of the docket sheet for the instant action with this Order.

　　　**IT IS SO ORDERED**.

Dated:  December 16, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Linda Lopez
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge