UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO RODRIGUEZ,<br><br>　　　　　　　　　　　Petitioner,<br><br>v.<br><br>KATHLEEN ALLISON, Secretary,<br><br>　　　　　　　　　　　Respondent. | Case No.: 21-CV-1443-MMA(WVG)<br><br>**ORDER GRANTING PETITIONER'S MOTION TO WITHDRAW EX PARTE REQUEST FOR STAY OF PROCEEDINGS**<br><br>**[ECF Nos. 12 & 17.]** |

　　　On September 21, 2021, Petitioner filed a "Request to Withdraw Stay of State Court Proceedings." (ECF No. 17.) As the Court interprets this motion, Petitioner asks the Court to allow him to withdraw his earlier filed "Ex Parte Application for Stay of State Court Proceedings" [ECF No. 12], in which Petitioner asked the Court for a stay pursuant to Title 28 U.S.C. § 2251. Understanding that Petitioner no longer wishes to pursue his request to stay the proceedings, the Court GRANTS the motion. Petitioner's Ex Parte Request for Stay of Proceedings [ECF No. 12] is WITHDRAWN.

　　　**IT IS SO ORDERED.**

DATED: January 28, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. William V. Gallo
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge