**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PEDRO RODRIGUEZ,<br><br>        Petitioner,<br><br>v.<br><br>KATHLEEN ALLISON, Warden,<br><br>        Respondent. | Case No. 21-cv-1443-MMA (WVG)<br><br>**ORDER DIRECTING CLERK TO SEND ADDITIONAL COPIES OF CERTAIN DOCUMENTS TO PETITIONER** |

On August 9, 2021, Pedro Rodriguez ("Petitioner"), an inmate currently housed at Vista Detention Facility in San Diego County and proceeding *pro se*, filed a habeas corpus petition pursuant to 28 U.S.C. § 2254 (the "Petition"). *See* Doc. No. 1. On August 9, 2022, Magistrate Judge William V. Gallo issued a detailed and well-reasoned Report and Recommendation ("R&R"), recommending that the Court grant Respondent's motion and dismiss the Petition without leave to amend. *See* Doc. No. 51 at 12.[1] On September 21, 2022, the Court issued an Order adopting Judge Gallo's R&R, granting Respondent's motion, and dismissing the Petition without leave to amend. Doc. No. 56.

---

[1] All citations to electronically filed documents refer to the pagination assigned by the CM/ECF system.

1  On September 30, 2022, Petitioner filed a Notice of Appeal.  Doc. No. 58.  On October
2  12, 2022, Petitioner filed a Motion for Reconsideration regarding the Court's September
3  21, 2022 Order.  Doc. No. 60 at 1.  On October 17, 2022, the Court denied Petitioner's
4  Motion for Reconsideration.  Doc. No. 61.

5       On October 21, 2022, Petitioner filed a Notice of Change of Address, informing
6  the Court that he has not received mail since September 1, 2022, and requesting that his
7  address be updated to the following:  Vista Detention Facility, Mail Processing Center,
8  451 Riverview Parkway, Building C, Santee, CA 92071.[2]  Doc. No. 64.  On November 3,
9  2022, Petitioner filed a "Request for Notice as to Mail Service," reiterating that he has
10 not received any mail since September 1, 2022.  Doc. No. 66 at 2.

11      Petitioner is currently still housed at Vista Detention Facility.  *See* Doc. No. 66.
12 Prior to September 1, 2022, Petitioner received mail at the following address: Vista
13 Detention Facility, 325 S. Melrose Drive, Vista, CA 92081.  Upon review of the docket
14 in this case, it appears that multiple orders that were sent to this address have been
15 returned to the Court as undeliverable since September 1, 2022.  *See* Doc. Nos. 55, 62,
16 63, 65.  Accordingly, the Court hereby takes judicial notice of the fact that since
17 September 1, 2022, the San Diego County Sheriff's Department has required that any
18 mail sent to inmates housed at six of its detention facilities, including Vista Detention
19 Facility, be sent to its mail processing center at 451 Riverview Parkway, Building C,
20 Santee, CA 92071.  *See* https://www.sdsheriff.gov/bureaus/detention-services-
21 bureau/sending-mail-and-packages ("Beginning September 1, any mail addressed or
22 received directly at six of our detention facilities will be rejected and returned to
23 sender."); *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 999 (9th Cir. 2018)

---

27 [2] After reviewing this filing, the Clerk of Court updated Petitioner's address on the docket and resent
28 recent Orders and a copy of the docket sheet to Petitioner.  *See* Doc. No. 64 (indicating "docket sheet and recent Orders resent to Petitioner" on October 25, 2022).

(finding that judicial notice under Federal Rule of Evidence 201 permits a court to take notice of undisputed facts in matters of public record).

Despite Petitioner not receiving mail since September 1, 2022, it appears that Petitioner was still able to receive information about this case through other means, such as "extended family." *See* Doc. No. 66 at 1. As such, Petitioner still managed to actively litigate this case, including filing his objection to Judge Gallo's R&R, filing his Notice of Appeal after this Court adopted the R&R, and filing his Motion for Reconsideration. *See* Doc. Nos. 54, 58, 60.

Although the Clerk of Court previously resent certain orders to Petitioner after he filed his Notice of Change of Address on October 21, 2022, *see* Doc. No. 64, in the interest of justice, the Court **DIRECTS** the Clerk of Court to mail additional copies of the following documents to Petitioner at the address for the Sheriff's mail processing center, as reflected on the current docket: (1) a copy of the Petition [Doc. No. 1]; (2) Order Granting Petitioner's Motion for Extension of Time [Doc. No. 53]; (3) Order Adopting Report and Recommendation [Doc. No. 56]; (4) a copy of the Clerk's Judgment [Doc. No. 57]; (5) Order on Motion for Reconsideration [Doc. No. 61]; and (6) the docket sheet with summary text next to each filing.[3]

**IT IS SO ORDERED**.

Dated: November 8, 2022

HON. MICHAEL M. ANELLO
United States District Judge

---

[3] Petitioner is reminded that he filed a Notice of Appeal. *See* Doc. Nos. 58, 59. "As a general rule, the filing of a notice of appeal divests a district court of jurisdiction over those aspects of the case involved in the appeal." *Stein v. Wood*, 127 F.3d 1187, 1189 (9th Cir.1997). As such, all further requests and/or motions relating to that appeal should be filed with the Ninth Circuit.